| | |
|---|---|
| 1 | Mark Flanagan (SBN 130303) |
| 2 | mark.flanagan@wilmerhale.com |
|   | WILMER CUTLER PICKERING |
| 3 |  HALE & DORR |
|   | 2600 El Camino Real |
| 4 | Suite 400 |
|   | Palo Alto, CA 94306 |
| 5 | Telephone: (650) 858-6047 |
|   | Facsimile: (650) 858-6100 |
| 6 | |
| 7 | Robert J. Gunther, Jr. (NY SBN 1967652) |
|   | robert.gunther@wilmerhale.com |
| 8 | Christopher R. Noyes (pro hac vice forthcoming) |
|   | christopher.noyes@wilmerhale.com |
| 9 | WILMER CUTLER PICKERING |
|   |  HALE & DORR |
| 10 | 7 World Trade Center |
|    | 250 Greenwich Street |
| 11 | New York, NY 10007 |
|    | Tel: (212) 230-8800 |
| 12 | Fax: (212) 230-8888 |
| 13 | |
| 14 | Attorneys for Plaintiffs |
|    | ROCHE MOLECULAR SYSTEMS, INC. and |
| 15 | ROCHE SEQUENCING SOLUTIONS, INC. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| ROCHE MOLECULAR SYSTEMS, INC. and ROCHE SEQUENCING SOLUTIONS, INC., | |
| Plaintiffs, | Case No.  5:24-cv-03972 |
| v. | [~~PROPOSED~~] **ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL PORTIONS OF EXHIBITS A-K TO PLAINTIFFS' COMPLAINT PURSUANT TO CIVIL LOCAL RULE 79-5** |
| FORESIGHT DIAGNOSTICS INC., DAVID KURTZ, an individual, and BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY, | |
| Defendants. | |

| | | |
|---|---|---|
| 28 | Case No. | [~~PROPOSED~~] ORDER GRANTING MOTION FOR LEAVE TO FILE UNDER SEAL |

This matter comes before the Court on Plaintiffs Roche Molecular Systems, Inc. and Roche Sequencing Solutions, Inc.'s (together, "Roche") Motion to Seal Portions of Exhibits A through K to Plaintiffs' Complaint, Dkt. 1.

Having considered the motion, the papers submitted in support thereof, and finding compelling reasons therefor, the Court **GRANTS** Roche's motion and seals the following materials:

| Document | Portions to be Sealed | Reason(s) for Sealing |
|---|---|---|
| Exhibit A to Complaint (2015 Consulting Services Agreement between Roche and Drs. Maximilian Diehn and Arash Alizadeh) | Portions of ¶ 2.1; ¶ 2.2; ¶ 3; ¶ 4; ¶ 5.2; ¶ 6; ¶¶ 7.2-7.4; ¶¶ 9.1-9.2; portions of ¶ 10; ¶ 12; ¶ 14; ¶ 15; ¶ 19; ¶ 21; ¶ 23; Exhibit A. | Reflects confidential terms of consulting contract between Roche and founders of a company acquired by Roche. |
| Exhibit B to Complaint (Proprietary Information and Invention Agreement between Roche and Dr. David Kurtz) | ¶ 1; ¶¶ 7-9; ¶ 16; ¶ 20; ¶¶ 22(a), (d), (e). | Reflects confidential terms of consulting contract between Roche and an industry consultant. |
| Exhibit C to Complaint (Confidential technical presentation from Capp Medical Inc.) | Slides 4; 11-16; 20; 22-25; 27-48; 50-63. | Reflects technical information proprietary DNA sequencing technology acquired by Roche. |
| Exhibit D to Complaint (Fourth Amendment to the Exclusive Equity Agreement between Stanford University and Capp Medical, Inc.) | ¶ 2.1; ¶¶ 3.2-3.3; ¶ 4. | Reflects confidential terms of an equity agreement between company acquired by Roche and Stanford University. |
| Exhibit E to Complaint (Non-Competition Agreement between Roche and Drs. Maximilian Diehn and Arash Alizadeh) | Recitals ¶¶ C, D, F, G; ¶ 2; portions of ¶ 3; ¶ 4-5; ¶ 10-11; ¶¶ 15(a), (g), (h). | Reflects confidential terms of agreement between Roche and founders of a company acquired by Roche. |
| Exhibit F to Complaint (2017 Restated Consulting Services Agreement between Roche and Dr. Maximilian Diehn) | Recitals ¶¶ C, D; ¶ 1.1; ¶¶ 2-4; ¶ 5.2; ¶ 6; ¶¶ 7.2-7.3; ¶¶ 8.3-8.5; ¶¶ 9.1-9.2; portions of ¶ 10; ¶ 12; ¶ 19; Exhibit A; electronic signature data. | Reflects confidential terms of consulting contract between Roche and founders of a company acquired by Roche. |

Case No.                                         [PROPOSED] ORDER GRANTING MOTION
                                                 FOR LEAVE TO FILE UNDER SEAL

| | | |
|---|---|---|
| Exhibit G to Complaint (2017 Restated Consulting Services Agreement between Roche and Dr. Arash Alizadeh) | Recitals ¶¶ C, D; ¶ 1.1; ¶¶ 2-4; ¶ 5.2; ¶ 6; ¶¶ 7.2-7.3; ¶¶ 8.3-8.5; ¶¶ 9.1-9.2; portions of ¶ 10; ¶ 12; ¶ 19; Exhibit A; electronic signature data. | Reflects confidential terms of consulting contract between Roche and founders of a company acquired by Roche. |
| Exhibit H to Complaint (2018 Consulting Services Agreement between Roche and Dr. Maximilian Diehn) | Recitals ¶¶ C, D; ¶ 1.1.1; ¶¶ 2-4; ¶ 5.2; ¶ 6; ¶ 7.2-7.3; ¶ 8.3-8.5; ¶ 9.1-9.2; portions of ¶ 10; ¶ 12; ¶ 19; Exhibit A. | Reflects confidential terms of consulting contract between Roche and founders of a company acquired by Roche. |
| Exhibit I to Complaint (2018 Consulting Services Agreement between Roche and Dr. Arash Alizadeh) | Recitals ¶¶ C, D; ¶ 1.1.1; ¶¶ 2-4; ¶ 5.2; ¶ 6; ¶ 7.2-7.3; ¶ 8.3-8.5; ¶ 9.1-9.2; portions of ¶ 10; ¶ 12; ¶ 19; Exhibit A. | Reflects confidential terms of consulting contract between Roche and founders of a company acquired by Roche. |
| Exhibit J to Complaint (Amendment #1 to Restated Consulting Services Agreement between Roche and Dr. Maximilian Diehn) | Electronic signature data. | Reflects confidential terms of consulting contract between Roche and founders of a company acquired by Roche. |
| Exhibit K to Complaint (Amendment #1 to Restated Consulting Services Agreement between Roche and Dr. Arash Alizadeh) | Electronic signature data. | Reflects confidential terms of consulting contract between Roche and founders of a company acquired by Roche. |

**IT IS SO ORDERED**.

Dated: __July 9__, 2024.

_____
UNITED STATES MAGISTRATE JUDGE

Case No.                                                 3                [PROPOSED] ORDER GRANTING MOTION
                                                                          FOR LEAVE TO FILE UNDER SEAL