|   |   |
|---|---|
| 1 | IRELL & MANELLA LLP<br>Morgan Chu (CA 70446) |
| 2 | MChu@irell.com<br>Alan Heinrich (CA 212782) |
| 3 | AHeinrich@irell.com<br>Jordan Nafekh (CA 328151) |
| 4 | JNafekh@irell.com<br>Henry White (CA 351549) |
| 5 | HWhite@irell.com<br>1800 Avenue of the Stars, Suite 900 |
| 6 | Los Angeles, California 90067-4276<br>Telephone:     (310) 277-1010 |
| 7 | Facsimile:     (310) 203-7199 |
| 8 | QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>Kevin P.B. Johnson (Bar No. 177129) |
| 9 | kevinjohnson@quinnemanuel.com<br>Andrew J. Bramhall (Bar No. 253115) |
| 10 | andrewbramhall@quinnemanuel.com<br>555 Twin Dolphin Drive, Fifth Floor |
| 11 | Redwood Shores, California 94065<br>Telephone:     (650) 801-5000 |
| 12 | Facsimile:      (650) 801-5100 |
| 13 | Sandra L. Haberny (Bar No. 260977)<br>sandrahaberny@quinnemanuel.com |
| 14 | David M. Elihu (Bar No. 303043)<br>davidelihu@quinnemanuel.com |
| 15 | 865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017 |
| 16 | Telephone:     (213) 443-3000<br>Facsimile:      (213) 443-3100 |
| 17 | |
| 18 | *Attorneys for Foresight Diagnostics Inc.* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| ROCHE MOLECULAR SYSTEMS, INC. and ROCHE SEQUENCING SOLUTIONS, INC., <br><br>              Plaintiffs<br><br>     v.<br><br>FORESIGHT DIAGNOSTICS INC., DAVID KURTZ, an individual, and BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY,<br><br>              Defendants. | Case No. 5:24-cv-03972-EKL<br><br>**[PROPOSED] ORDER GRANTING FORESIGHT'S MOTION TO DISMISS** |

[PROPOSED] ORDER GRANTING
FORESIGHT'S MOTION TO DISMISS                                                          Case No. 5:24-cv-03972-EKL

Before the Court is Defendant Foresight Diagnostics Inc.'s Motion to Dismiss, filed October 9, 2024. Having considered the papers submitted by Foresight, any response from Plaintiffs, the applicable law, and the arguments of counsel, the Court **GRANTS** Foresight's Motion.

**IT IS SO ORDERED.**

Dated: _____          _____

The Honorable Eumi K. Lee
United States District Judge