PILLSBURY WINTHROP SHAW PITTMAN LLP
JACOB R. SORENSEN (SBN 209134)
   jake.sorensen@pillsburylaw.com
DAVID J. TSAI (SBN 244479)
   david.tsai@pillsburylaw.com
ALEKZANDIR MORTON (SBN 319241)
   alekzandir.morton@pillsburylaw.com
NATALIE TRUONG (SBN 346680)
   natalie.truong@pillsburylaw.com
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111-5998
Telephone:    415.983.1000
Facsimile:    415.983.1200

Attorneys for Defendant
*The Board of Trustees of the Leland Stanford Junior University*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCHE MOLECULAR SYSTEMS, INC. and ROCHE SEQUENCING SOLUTIONS, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>FORESIGHT DIAGNOSTICS INC., DAVID KURTZ, an individual, and BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY,<br><br>Defendants. | Case No. 5:24-cv-03972-EKL<br><br>**THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)**<br><br>Date: February 5, 2025<br>Time: 10:00 a.m.<br>Judge: Honorable Eumi K. Lee<br>Courtroom: 7<br><br>Action Filed: July 1, 2024 |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on February 5, 2025 at 10:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 7 of the United States District Court for the Northern District of California, located at 280 South First Street, San Jose, CA 95113, Defendant The Board of Trustees of the Leland Stanford Junior University ("Stanford") will and hereby does move the Court

for an order dismissing without leave to amend all claims in Plaintiff Roche Molecular Systems, Inc. and Roche Sequencing Solutions, Inc.'s ("Roche") Complaint against Stanford under Federal Rule of Civil Procedure 12(b)(6).

The Motion is brought on the basis that the Court should dismiss without leave to amend Roche's claims against Stanford for failure to state a claim on which relief may be granted.  **First**, Roche fails to allege with sufficient particularity any actual trade secrets it owns and instead relies on vague categories of information or refers to publicly-available information that is not a trade secret.  **Second**, Roche fails to state a trade secret misappropriation claim against Stanford because it does not (and cannot) sufficiently allege facts establishing that Stanford knew or had reason to know that the allegedly misappropriated information was a trade secret or that Stanford knew or had reason to know that Defendants David Kurtz, Maximilian Diehn, and Ash Alizadeh purportedly breached any duty of confidentiality.  **Third**, Roche's Unfair Competition Law claim is preempted by the California Uniform Trade Secrets Act because it is based on the same nucleus of facts.  **Finally**, if Roche's Defend Trade Secrets Act claim is dismissed as to Stanford, then its Declaratory Judgment Act ("DJA") claim must also be dismissed for lack of subject matter jurisdiction.  Roche's DJA claim also independently fails as a matter of law.

This Motion is based upon this Notice of Motion and Motion, the Memorandum of Points and Authorities, the Proposed Order, the Request for Judicial Notice attached to this motion, any documents Stanford may subsequently file, the pleadings and records on file with this Court, and any oral argument or other matter that may be considered by the Court.

Dated: October 9, 2024

PILLSBURY WINTHROP SHAW PITTMAN LLP

By:   */s/ David J. Tsai*
JACOB R. SORENSEN
DAVID J. TSAI
ALEKZANDIR MORTON
NATALIE TRUONG

Attorneys for Defendant *The Board of Trustees of the Leland Stanford Junior University*