UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCHE MOLECULAR SYSTEMS, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>FORESIGHT DIAGNOSTICS INC., et al.,<br><br>Defendants. | Case No. 24-cv-03972-EKL   (SVK)<br><br>**ORDER FOLLOWING DECEMBER 6, 2024 HEARING ON JOINT DISCOVERY SUBMISSION**<br><br>Re: Dkt. No. 82 |

The Court held a hearing on December 6, 2024 on the Parties' Joint Discovery Submission. Dkt. 82. The Court's rulings and reasoning are as set forth on the record at the hearing. In summary, the Court **ORDERS** as follows:

1. In the Joint Discovery Submission, Plaintiff Roche Molecular Systems, Inc. ("Roche") proposed to limit the access of Individual Defendants to information produced by Roche in this action. At the hearing, the Parties were able to agree on an alternative approach under which there will be a separate tier of confidentiality that will give counsel and Individual Defendants access to material to which Roche claims the Individual Defendants had access while consulting for Roche. Roche will be responsible for designating such material. Defendant Foresight Diagnostics Inc. ("Foresight") is to provide a revised proposed stipulated protective order to Roche that conforms to the discussion at the hearing. Following meet and confer on any disagreements, the Parties are to submit a proposed stipulated protective order to the Court.

2. In the Joint Discovery Submission, Roche proposed that the protective order in this case include a prosecution bar. The issues surrounding the need for and parameters

of a prosecution bar are not yet ripe, and the Court therefore **DEFERS** a ruling this issue. The Parties may raise the issue again after any issues regarding the adequacy of Roche's disclosure of trade secrets is resolved and after they meet and confer further on the prosecution bar issue. The proposed stipulated protective order to be submitted pursuant to item no. 1 may include a placeholder for a prosecution bar.

**SO ORDERED.**

Dated: December 6, 2024

SUSAN VAN KEULEN
United States Magistrate Judge