| | |
|---|---|
| 1 | IRELL & MANELLA LLP |
|  | Morgan Chu (CA 70446) |
| 2 | MChu@irell.com |
|  | Alan Heinrich (CA 212782) |
| 3 | AHeinrich@irell.com |
|  | Jordan Nafekh (CA 328151) |
| 4 | JNafekh@irell.com |
|  | Henry White (CA 351549) |
| 5 | HWhite@irell.com |
|  | 1800 Avenue of the Stars, Suite 900 |
| 6 | Los Angeles, California 90067-4276 |
|  | Telephone:    (310) 277-1010 |
| 7 | Facsimile:    (310) 203-7199 |
|  |  |
| 8 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
|  | Kevin P.B. Johnson (Bar No. 177129) |
| 9 | kevinjohnson@quinnemanuel.com |
|  | Andrew J. Bramhall (Bar No. 253115) |
| 10 | andrewbramhall@quinnemanuel.com |
|  | 555 Twin Dolphin Drive, Fifth Floor |
| 11 | Redwood Shores, California 94065 |
|  | Telephone:    (650) 801-5000 |
| 12 | Facsimile:    (650) 801-5100 |
|  |  |
| 13 | Sandra L. Haberny (Bar No. 260977) |
|  | sandrahaberny@quinnemanuel.com |
| 14 | David M. Elihu (Bar No. 303043) |
|  | davidelihu@quinnemanuel.com |
| 15 | 865 South Figueroa Street, 10th Floor |
|  | Los Angeles, California 90017 |
| 16 | Telephone:    (213) 443-3000 |
|  | Facsimile:    (213) 443-3100 |
| 17 |  |
|  | *Attorneys for Foresight Diagnostics Inc.* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| ROCHE MOLECULAR SYSTEMS, INC. et al | ) Case No. 5:24-cv-03972-EKL |
|  | ) |
|  | ) **[PROPOSED] ORDER GRANTING** |
| Plaintiffs | ) **FORESIGHT'S MOTION TO DISMISS** |
|  | ) |
| v. | ) |
|  | ) |
| FORESIGHT DIAGNOSTICS INC. et al | ) |
|  | ) |
| Defendants. | ) |
|  | ) |
|  | ) |
|  | ) |

1  Before the Court is Defendant Foresight Diagnostics Inc.'s Motion to Dismiss, filed
2  December 16, 2024. Having considered the papers submitted by Foresight, any response from
3  Plaintiffs, the applicable law, and the arguments of counsel, the Court **GRANTS** Foresight's Motion.

**IT IS SO ORDERED.**

Dated: _____     _____

The Honorable Eumi K. Lee
United States District Judge