IRELL & MANELLA LLP
Morgan Chu (CA 70446)
MChu@irell.com
Alan Heinrich (CA 212782)
AHeinrich@irell.com
Jordan Nafekh (CA 328151)
JNafekh@irell.com
Henry White (CA 351549)
HWhite@irell.com
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone:      (310) 277-1010
Facsimile:      (310) 203-7199

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Andrew J. Bramhall (Bar No. 253115)
andrewbramhall@quinnemanuel.com
555 Twin Dolphin Drive, Fifth Floor
Redwood Shores, California 94065
Telephone:      (650) 801-5000
Facsimile:      (650) 801-5100

Sandra L. Haberny (Bar No. 260977)
sandrahaberny@quinnemanuel.com
David M. Elihu (Bar No. 303043)
davidelihu@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone:      (213) 443-3000
Facsimile:      (213) 443-3100

*Attorneys for Foresight Diagnostics Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| ROCHE MOLECULAR SYSTEMS, INC. et al<br><br>Plaintiffs<br><br>v.<br><br>FORESIGHT DIAGNOSTICS INC., et al<br><br>Defendants. | Case No. 5:24-cv-03972-EKL<br><br>**DECLARATION OF ALAN HEINRICH IN SUPPORT OF FORESIGHT DIAGNOSTICS INC.'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>Pursuant to L.R. 7-2(b), Foresight identifies a hearing date and time of April 2, 2025. |

## DECLARATION OF ALAN HEINRICH

I, Alan Heinrich, declare as follows:

1. I am an attorney at the law firm of Irell & Manella LLP and am counsel of record for Foresight Diagnostics Inc. ("Foresight") in this matter. I am a member in good standing of the State Bar of California and have been admitted to practice before this Court. I submit this declaration in support of Foresight's Motion to Dismiss. This declaration is based on my personal knowledge of the facts stated below and, if called upon as a witness, I could and would testify competently to such facts under oath.

2. Attached as Exhibit A is a true and correct copy of U.S. Provisional Patent Application No. 61/798,925, available at: https://patentcenter.uspto.gov/applications/61798925/ifw/docs?application=.

3. Attached as Exhibit B is a true and correct copy of the WIPO publication of International Patent Application No. PCT/US2014/025020, available at: https://patentscope.wipo.int/search/en/detail.jsf?docId=WO2014151117.

4. Attached as Exhibit C is a true and correct copy of U.S. Patent No. 11,085,084, available at: https://patentcenter.uspto.gov/applications/15509709.

5. Attached as Exhibit D is a true and correct copy of U.S. Provisional Patent Application 62/931,688, available at: https://patentcenter.uspto.gov/applications/62931688/ifw/docs?application=.

6. Attached as Exhibit E is a true and correct copy of the front page of Chabon et al., Integrating genomic features for non-invasive early lung cancer detection. 680 Nature 245 (2020) as displayed on Nature's website, available at https://www.nature.com/articles/s41586-020-2140-0.

7. Attached as Exhibit F is a true and correct copy of the Patent and Copyright Agreement for Personnel at Stanford (SU18), entered into by Maximilian Diehn and Stanford University on July 21, 2011.

8. Attached as Exhibit G is a true and correct copy of the Patent and Copyright Agreement for Personnel at Stanford (SU18), entered into by Ash Alizadeh and Stanford University on July 2, 2011.

9. Attached as Exhibit H is a true and correct copy of the Patent and Copyright Agreement for Personnel at Stanford (SU18), entered into by David Kurtz and Stanford University on September 16, 2012.

Dated: December 16, 2024

Respectfully submitted,

IRELL & MANELLA LLP

By: */s/ Alan Heinrich*

Alan Heinrich

*Attorneys for Defendant Foresight Diagnostics Inc.*