# EXHIBIT E

# nature

nature > articles > article

Article | Published: 25 March 2020

# Integrating genomic features for non-invasive early lung cancer detection

Jacob J. Chabon, Emily G. Hamilton, David M. Kurtz, Mohammad S. Esfahani, Everett J. Moding, Henning Stehr, Joseph Schroers-Martin, Barzin Y. Nabet, Binbin Chen, Aadel A. Chaudhuri, Chih Long Liu, Angela B. Hui, Michael C. Jin, Tej D. Azad, Diego Almanza, Young-Jun Jeon, Monica C. Nesselbush, Lyron Co Ting Keh, Rene F. Bonilla, Christopher H. Yoo, Ryan B. Ko, Emily L. Chen, David J. Merriott, Pierre P. Massion, ... Maximilian Diehn ✉  + Show authors

Nature 580, 245–251 (2020)

36k Accesses | 280 Altmetric | Metrics

## Abstract

Radiologic screening of high-risk adults reduces lung-cancer-related mortality[1,2]; however, a small minority of eligible individuals undergo such screening in the United States[3,4]. The availability of blood-based tests could increase screening uptake. Here we introduce improvements to cancer personalized profiling by deep sequencing (CAPP-Seq)[5], a method for the analysis of circulating tumour DNA (ctDNA), to better facilitate screening applications. We show that, although levels are very low in early-stage lung cancers, ctDNA is present prior to treatment in most patients and its presence is strongly prognostic. We also find that the majority of somatic mutations in the cell-free DNA (cfDNA) of patients with lung cancer and of risk-matched controls reflect clonal haematopoiesis and are non-recurrent. Compared with tumour-derived mutations, clonal haematopoiesis mutations occur on longer cfDNA fragments and lack mutational signatures that are associated with tobacco smoking. Integrating these findings with other molecular features, we develop and prospectively validate a machine-learning