IRELL & MANELLA LLP
Morgan Chu (CA 70446)
MChu@irell.com
Alan Heinrich (CA 212782)
AHeinrich@irell.com
Jordan Nafekh (CA 328151)
JNafekh@irell.com
Henry White (CA 351549)
HWhite@irell.com
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone:      (310) 277-1010
Facsimiile:     (310) 203-7199

*Attorneys for Drs. Maximilian Diehn and Ash Alizadeh*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| ROCHE MOLECULAR SYSTEMS, INC. et al<br><br>           Plaintiffs<br><br>           v.<br><br>FORESIGHT DIAGNOSTICS INC. et al<br><br>           Defendants. | Case No. 5:24-cv-03972-EKL<br><br>**[PROPOSED] ORDER GRANTING DRS. MAXIMIILIAN DIEHN AND ARASH ASH ALIZADEH'S MOTION TO DISMISS** |

| | |
|---|---|
| 1 |       Before the Court is Drs. Maximilian Diehn and Arash Ash Alizadeh's Motion to Dismiss, |

Before the Court is Drs. Maximilian Diehn and Arash Ash Alizadeh's Motion to Dismiss, filed December 16, 2024. Having considered the papers submitted by Drs. Diehn and Alizadeh, any response from Plaintiffs, the applicable law, and the arguments of counsel, the Court **GRANTS** Drs. Diehn and Alizadeh's Motion.

**IT IS SO ORDERED.**

Dated: _____       _____

                                                                                    The Honorable Eumi K. Lee  
                                                                                    United States District Judge