IRELL & MANELLA LLP
Morgan Chu (CA 70446)
MChu@irell.com
Alan Heinrich (CA 212782)
AHeinrich@irell.com
Jordan Nafekh (CA 328151)
JNafekh@irell.com
Henry White (CA 351549)
HWhite@irell.com
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

*Attorneys for Dr. David Kurtz*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROCHE MOLECULAR SYSTEMS, INC. et al<br><br>Plaintiffs<br><br>v.<br><br>FORESIGHT DIAGNOSTICS INC. et al<br><br>Defendants. | Case No. 5:24-cv-03972-EKL<br><br>**[PROPOSED] ORDER GRANTING DR. DAVID KURTZ'S MOTION TO DISMISS** |

1    Before the Court is Dr. David Kurtz's Motion to Dismiss, filed December 16, 2024. Having
2    considered the papers submitted by Dr. Kurtz, any response from Plaintiffs, the applicable law, and
3    the arguments of counsel, the Court **GRANTS** Dr. Kurtz's Motion.

**IT IS SO ORDERED.**

Dated: _____          _____

The Honorable Eumi K. Lee
United States District Judge