PILLSBURY WINTHROP SHAW PITTMAN LLP
JACOB R. SORENSEN (SBN 209134)
  jake.sorensen@pillsburylaw.com
DAVID J. TSAI (SBN 244479)
  david.tsai@pillsburylaw.com
ALEKZANDIR MORTON (SBN 319241)
  alekzandir.morton@pillsburylaw.com
NATALIE TRUONG (SBN 346680)
  natalie.truong@pillsburylaw.com
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111-5998
Telephone:     415.983.1000
Facsimile:     415.983.1200

Attorneys for Defendant
*The Board of Trustees of the Leland*
*Stanford Junior University*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCHE MOLECULAR SYSTEMS, INC. and ROCHE SEQUENCING SOLUTIONS, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>FORESIGHT DIAGNOSTICS INC., DAVID KURTZ, an individual, and BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY,<br><br>Defendants. | Lead Case No. 5:24-cv-03972-EKL<br><br>**THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)**<br><br>Date: April 2, 2025<br>Time: 10:00 a.m.<br>Judge: Honorable Eumi K. Lee<br>Courtroom: 7<br><br>Complaint Filed:   July 1, 2024<br>Amended Complaint Filed:  November 22, 2024 |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on April 2, 2025 at 10:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 7 of the United States District Court for the Northern District of California, located at 280 South First Street, San Jose, CA 95113, Defendant The Board of Trustees of the Leland Stanford Junior University ("Stanford") will and hereby does move the Court for an order dismissing without leave to amend all claims in Plaintiff Roche Molecular Systems, Inc. and Roche Sequencing Solutions, Inc.'s ("Roche") First Amended Complaint (the "FAC") against Stanford under Federal Rule of Civil Procedure 12(b)(6).

The Motion is brought on the basis that the Court should dismiss without leave to amend Roche's claims against Stanford for failure to state a claim on which relief may be granted. **First**, Roche's trade secret misappropriation claims are barred by the statute of limitations because—as newly established through the allegations of the FAC—Roche has had inquiry notice of the purported trade secret misappropriation since as early as 2020. **Second**, Roche fails to allege with sufficient particularity any actual trade secrets it owns and instead simply lists broad, general categories of information or information that has admittedly already been made publicly available before Roche acquired the at-issue technology. **Third**, Roche fails to state a trade secret misappropriation claim against Stanford because it does not (and cannot) sufficiently allege facts establishing that Stanford knew or had reason to know that the allegedly misappropriated information was a trade secret or that Drs. Kurtz, Diehn, or Alizadeh purportedly breached any duty of confidentiality. **Fourth**, Roche's Unfair Competition Law claim is preempted by the California Uniform Trade Secrets Act because it is based on the same nucleus of facts. **Finally**, if Roche's Defend Trade Secrets Act claim is dismissed as to Stanford, then its Declaratory Judgment Act ("DJA") claim must also be dismissed for lack of subject matter jurisdiction. Roche's DJA claim also independently fails as a matter of law.

This Motion is based upon this Notice of Motion and Motion, the Memorandum of Points and Authorities, the Proposed Order, the Request for Judicial Notice attached to this motion, any documents Stanford may subsequently file, the pleadings and records on file with this Court, and any oral argument or other matter that may be considered by the Court.

| | | |
|---|---|---|
| Dated: December 16, 2024 | | PILLSBURY WINTHROP SHAW PITTMAN LLP |

                                            */s/ David J. Tsai*
JACOB R. SORENSEN
DAVID J. TSAI
ALEKZANDIR MORTON
NATALIE TRUONG

Attorneys for Defendant *The Board of Trustees of the Leland Stanford Junior University*