PILLSBURY WINTHROP SHAW PITTMAN LLP
JACOB R. SORENSEN (SBN 209134)
  jake.sorensen@pillsburylaw.com
DAVID J. TSAI (SBN 244479)
  david.tsai@pillsburylaw.com
ALEKZANDIR MORTON (SBN 319241)
  alekzandir.morton@pillsburylaw.com
NATALIE TRUONG (SBN 346680)
  natalie.truong@pillsburylaw.com
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111-5998
Telephone:      415.983.1000
Facsimile:      415.983.1200

Attorneys for Defendant
*The Board of Trustees of the Leland
Stanford Junior University*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCHE MOLECULAR SYSTEMS, INC. and ROCHE SEQUENCING SOLUTIONS, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> FORESIGHT DIAGNOSTICS INC., DAVID KURTZ, an individual, and BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY, <br><br> Defendants. | Lead Case No. 5:24-cv-03972-EKL <br><br> **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)** <br><br> Date: April 2, 2025 <br> Time: 10:00 a.m. <br> Judge: Honorable Eumi K. Lee <br> Courtroom: 7 <br><br> Complaint Filed: July 1, 2024 <br> Amended Complaint Filed: November 22, 2024 |

Pursuant to Federal Rule of Evidence 201, Defendant The Board of Trustees of the Leland Stanford Junior University ("Stanford") respectfully requests that the Court take judicial notice of the following document referenced in Stanford's Memorandum of Points and Authorities in support of its Motion for Dismiss Plaintiffs' First Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6), a true and correct copy of which is attached hereto:

**Exhibit A:** U.S. Patent No. 11,085,084 (the "'084 Patent").

Plaintiffs Roche Molecular Systems, Inc. and Roche Sequencing Solutions, Inc. ("Roche"), allege that Roche obtained rights to the CAPP-Seq "integrated digital error suppression (iDES)" workflow, (FAC ¶ 44), and repeatedly references iDES. iDES is disclosed in the '084 Patent, which states in its specification that "[d]isclosed herein is a novel analytical modeling framework for integrated digital error suppression (iDES)". Thus, the '084 Patent is subject to judicial notice. *See Colyer v. AcelRx Pharms., Inc,* 2015 U.S. Dist. LEXIS 159640, at *10 (N.D. Cal. Nov. 25, 2015) ("[Patent filings] are in the public record, and all are subject to judicial notice.").

For the foregoing reasons, Stanford respectfully requests that the Court take judicial notice of the attached Exhibit.

Dated: December 16, 2024                    PILLSBURY WINTHROP SHAW PITTMAN LLP

By:  /s/ David J. Tsai
     JACOB R. SORENSEN
     DAVID J. TSAI
     ALEKZANDIR MORTON
     NATALIE TRUONG

     Attorneys for Defendant *The Board of Trustees of the Leland Stanford Junior University*