# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCHE MOLECULAR SYSTEMS, INC. and ROCHE SEQUENCING SOLUTIONS, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> FORESIGHT DIAGNOSTICS INC., DAVID KURTZ, an individual, and BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY, <br><br> Defendants. | Lead Case No. 5:24-cv-03972-EKL <br><br> **[PROPOSED] ORDER GRANTING THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(6)** <br><br> Date: April 2, 2025 <br> Time: 10:00 a.m. <br> Judge: Honorable Eumi K. Lee <br> Courtroom: 7 <br><br> Complaint Filed: July 1, 2024 <br> Amended Complaint Filed: November 22, 2024 |

The Court, having read and considered the Notice of Motion and Motion to Dismiss Under Federal Rule of Civil Procedure 12(b)(6) filed on behalf of Defendant The Board of Trustees of the Leland Stanford Junior University ("Stanford"), the Memorandum of Points and Authorities, the Request for Judicial Notice, and other papers submitted as to the Motion, the arguments of counsel, if any, and finding good cause therefore,

IT IS HEREBY ORDERED that Stanford's Motion to Dismiss Plaintiffs Roche Molecular Systems, Inc. and Roche Sequencing Solutions, Inc.'s (collectively, "Roche") First Amended Complaint as to Stanford is GRANTED with prejudice in its entirety and without leave to amend for failure to state a claim upon which relief can be granted under Federal Rule of Civil Procedure 12(b)(6).

**IT IS SO ORDERED.**

Dated: _____

Honorable Eumi K. Lee
United States District Judge