Arthur W. Coviello (SBN: 291226)
arthur.coviello@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (628) 858-6000
Fax: (628) 858-6100

Robert J. Gunther, Jr. (NY SBN: 1967652)
robert.gunther@wilmerhale.com
Christopher R. Noyes *(pro hac vice)*
christopher.noyes@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8800
Fax: (212) 230-8888

*Attorneys for Plaintiffs*
Roche Molecular Systems, Inc. and
Roche Sequencing Solutions, Inc.

(Additional attorneys on signature page)

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| ROCHE MOLECULAR SYSTEMS, INC. and ROCHE SEQUENCING SOLUTIONS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>FORESIGHT DIAGNOSTICS INC., DAVID KURTZ, an individual, and BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY,<br><br>Defendants. | Lead Case No.: 5:24-cv-03972-EKL<br><br>**STIPULATION FOR BRIEFING REGARDING MOTION TO COMPEL DEFENDANTS' RESPONSES TO PLAINTIFFS' DISCOVERY REQUESTS** |

Pursuant to Civil Local Rule 7-12, Plaintiffs Roche Molecular Systems, Inc. and Roche Sequencing Solutions, Inc., ("Plaintiffs") and Defendants Foresight Diagnostics Inc., The Board of Trustees of The Leland Stanford Junior University, Drs. Maximillian Diehn, Ash Alizadeh, and David Kurtz (collectively, "Defendants") by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, on October 4 and 15, 2024, Plaintiffs served their First and Second Sets of Requests for Production, respectively, on each of the Defendants, and on November 5, 2024, Plaintiffs served their First Set of Interrogatories on each of the Defendants (collectively, "Plaintiffs' Discovery Requests");

WHEREAS, on October 30, 2024, Plaintiffs served their trade secret identification pursuant to California Code of Civil Procedure § 2019.210;

WHEREAS, Defendants object to Plaintiffs' discovery requests relating to Plaintiffs' trade secret claims on the basis of lack of compliance with Section 2019.210;

WHEREAS, on December 18, 2024, the Parties met and conferred and reached impasse on this discovery issue, and agreed to raise this discovery dispute pursuant to Magistrate Judge van Keulen's June 2024 Standing Order on Civil and Discovery Referral Matters;

WHEREAS, the Parties agreed that each side would submit to the Court a five-page statement of its position on the discovery dispute and, under seal, an exhibit consisting of an expert declaration in support of said position;

WHEREAS, the Parties agreed that they would submit to the Court under seal exhibits consisting of Plaintiffs' Section 2019.210 trade secret identification and confidential exhibits attached thereto; and

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties, through their respective counsel, that the Parties shall submit to the Court on February 18, 2025 the following: (1) a ten-page joint statement regarding the Parties' discovery dispute; (2) an exhibit consisting of a joint chart of the disputed discovery requests; (3) exhibits consisting of Plaintiffs' Section 2019.210 trade secret identification and exhibits thereto; and (4) exhibits consisting of each side's expert declaration in support of its discovery position.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: February ___, 2025

______________________________

The Honorable Susan van Keulen
United States Magistrate Judge

Dated: February 13, 2025

**WILMER CUTLER PICKERING HALE AND DORR LLP**

*/s/ James M. Lyons*
James M. Lyons

*Attorneys for Plaintiffs*
Roche Molecular Systems, Inc. and
Roche Sequencing Solutions, Inc.

Dated: February 13, 2025

**IRELL & MANELLA LLP**

*/s/ Jordan Nafekh*
Alan J. Heinrich
Henry White
Jordan Nafekh

**QUINN EMANUEL URQUHART & SULLIVAN LLP**

Kevin P.B. Johnson
Andrew J. Bramhall
David M. Elihu
Sandra L. Haberny

*Attorneys for Defendant*
Foresight Diagnostics Inc.

Dated: February 13, 2025

**IRELL & MANELLA LLP**

/s/ *Jordan Nafekh*
Alan J. Heinrich
Henry White
Jordan Nafekh

*Attorneys for Defendants*
Dr. David Kurtz, Dr. Maximilian Diehn, and Dr. Ash Alizadeh

Dated: February 13, 2025

**PILLSBURY WINTHROP SHAW PITTMAN LLP**

/s/ *David J. Tsai*
Jacob R. Sorensen
David J. Tsai
Zandir Morton
Natalie Truong

*Attorneys for Defendant*
*The Board of Trustees of the Leland Stanford Junior University*

**ATTESTATION**

Pursuant to Local Rule 5-1(h)(3), all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

*/s/ James M. Lyons*
James M. Lyons