Arthur W. Coviello (SBN: 291226)
  arthur.coviello@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (628) 858-6000
Fax: (628) 858-6100

Robert J. Gunther, Jr. (NY SBN: 1967652)
  robert.gunther@wilmerhale.com
Christopher R. Noyes (*pro hac vice*)
  christopher.noyes@wilmerhale.com
Reshma Gogineni
  reshma.gogineni@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8800
Fax: (212) 230-8888

Katie Marie Saxton
  kate.saxton@wilmerhale.com
James M. Lyons (*pro hac vice*)
  james.lyons@wilmerhale.com
WILMER CUTLER PICKERING HALE
AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6860
Fax: (617) 526-5000

Charles T. Cox, Jr.
  charlie.cox@wilmerhale.com
Robert Stiller
  robert.stiller@wilmerhale.com
WILMER CUTLER PICKERING HALE
AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
Telephone: (202) 663-6080
Fax: (202) 663-6363

*Attorneys for Plaintiffs*
Roche Molecular Systems, Inc. and Roche Sequencing Solutions, Inc.

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| ROCHE MOLECULAR SYSTEMS, INC. and ROCHE SEQUENCING SOLUTIONS, INC., <br><br> Plaintiffs, <br> v. <br><br> FORESIGHT DIAGNOSTICS INC., DAVID KURTZ, an individual, and BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY, <br><br> Defendants. | Lead Case No.: 5:24-cv-03972-EKL-SVK <br><br> **EXHIBITS 1-2 AND 4-11 TO PLAINTIFFS' AMENDED COMPLAINT** |