# EXHIBIT 10 REDACTED

**Highly Confidential – Outside Counsel's Eyes Only**

AMENDMENT #1 TO RESTATED CONSULTING SERVICES AGREEMENT (DIEHN)

This Amendment #1 to Restated Consulting Services Agreement ("Amendment") is effective as of the 10ʰ day of June, 2019 ("Amendment Effective Date") between Roche Sequencing Solutions, Inc. (RSS"), a Delaware corporation, and Maximilian Diehn ("Consultant"), an individual (each of RSS and Consultant a "Party" and, collectively, "Parties")

WHEREAS, the Parties desire to extent that certain Restated Consulting Services Agreement ("Agreement") with effective date of June 11, 2018 as set forth in this Amendment.

The Parties hereby agree as follows:

In order to extend the Term as defined in Section 10 of the Agreement by an additional two (2) years, the first sentence of Section 10 is hereby amended to read as follows:

10.     <u>Term and Termination.</u>  The term of this Agreement begins on the Effective Date and continues until the three (3) year anniversary of the Effective Date (such period of time, he "<u>Term</u>"), unless earlier terminated.

All other terms and conditions of the Agreement, as amended by this Amendment, will remain in full force and effect.

The Parties have executed this Amendment effective as of the Amendment Effective Date.

| **ROCHE SEQUENCING SOLUTIONS, INC.** | **MAXIMILIAN DIEHN (Consultant)** |
|---|---|
| By: *John Palma* (DocuSigned by: 735B0035430A43F...) <br> (signature) | By: *[signature]* <br> (signature) |
| Name: John Palma <br> (printed name) | Name: Maximilian Diehn <br> (printed name) |
| Title: RSS - Chief Medical Officer | Title: Associate Professor |
| Date: 21 October 2019 | Date: 10/17/19 |





**Certificate Of Completion**



Highly Confidential – Outside Counsel's Eyes Only

Highly Confidential – Outside Counsel's Eyes Only

**Highly Confidential – Outside Counsel's Eyes Only**