# EXHIBIT 11
# REDACTED

**Highly Confidential – Outside Counsel's Eyes Only**

AMENDMENT #1 TO RESTATED CONSULTING SERVICES AGREEMENT (ALIZADEH)

This Amendment #1 to Restated Consulting Services Agreement ("Amendment") is effective as of the 10ʰ day of June, 2019 ("Amendment Effective Date") between Roche Sequencing Solutions, Inc. (RSS"), a Delaware corporation, and Arash Alizadch ("Consultant"), an individual (cach of RSS and Consultant a "Party" and, collectively, "Parties")

WHEREAS, the Parties desire to extent that certain Restated Consulting Services Agreement ("Agreement") with effective date of June 11, 2018 as set forth in this Amendment.

The Parties hereby agree as follows:

In order to extend the Term as defined in Section 10 of the Agreement by an additional two (2) years, the first sentence of Section 10 is hereby amended to read as follows:

10.    Term and Termination.  The term of this Agreement begins on the Effective Date and continues until the three (3) year anniversary of the Effective Date (such period of time, he "Term"), unless earlier terminated.

All other terms and conditions of the Agreement, as amended by this Amendment, will remain in full force and effect.

The Parties have executed this Amendment effective as of the Amendment Effective Date.

**ROCHE SEQUENCING SOLUTIONS, INC.**          **ARASH ALIZADEH (Consultant)**

By: _John Palma_____          By: _Arash Alizadeh_____
735B0605436A49F...
     (signature)                               (signature)

Name: _John Palma_____          Name: _Arash Ash Alizadeh____
     (printed name)                            (printed name)

Title: _RSS – Chief Medical Officer_          Title: _MD / PhD_____

Date: _21 October 2019_____          Date: _10/17/2019_____

Highly Confidential – Outside Counsel's Eyes Only

Highly Confidential – Outside Counsel's Eyes Only

Highly Confidential – Outside Counsel's Eyes Only