1  Arthur W. Coviello (SBN: 291226)
   arthur.coviello@wilmerhale.com
2  WILMER CUTLER PICKERING
   HALE AND DORR LLP
3  2600 El Camino Real, Suite 400
   Palo Alto, CA 94306
4  Telephone: (628) 858-6000
   Fax: (628) 858-6100

   Robert J. Gunther, Jr. (NY SBN: 1967652)
   robert.gunther@wilmerhale.com
   Christopher R. Noyes (*pro hac vice*)
   christopher.noyes@wilmerhale.com
   WILMER CUTLER PICKERING
   HALE AND DORR LLP
   7 World Trade Center
   250 Greenwich Street
   New York, NY 10007
   Telephone: (212) 230-8800
   Fax: (212) 230-8888

7  *Attorneys for Plaintiffs*
   *Roche Molecular Systems, Inc. and*
   *Roche Sequencing Solutions, Inc.*

9  (Additional Counsel Listed on Signature Page)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

|  |  |
|---|---|
| ROCHE MOLECULAR SYSTEMS, INC. and ROCHE SEQUENCING SOLUTIONS, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> FORESIGHT DIAGNOSTICS INC., et al., <br><br> Defendants. | Case No. 5:24-cv-03972-EKL <br><br> (lead case) <br> ORDER GRANTING <br> **JOINT STIPULATION REGARDING CERTAIN PROPOSED EXPERTS** |

WHEREAS on January 7, 2025, pursuant to paragraph 7.4(a)(2) of the Protective Order (Dkt. 111), Defendant Foresight Diagnostics Inc. ("Foresight") identified Dr. Paul Spellman as an Expert to whom it intended to provide information designated "Highly Confidential-Trade Secret," "Highly Confidential-Attorneys' Eyes Only," or "Highly Confidential-Source Code" pursuant to paragraph 7.3.1(c), 7.3.2(c), or 7.3.3(b) of the Protective Order, and pursuant to paragraph 7.4(a)(2) of the Protective Order, on January 13, 2025, Plaintiffs Roche Molecular Systems, Inc. and Roche Sequencing Solutions, Inc., ("Plaintiffs") objected to such disclosure to Dr. Paul Spellman.

WHEREAS on April 4, 2025, pursuant to paragraph 7.4(a)(2) of the Protective Order (Dkt. 111), Plaintiffs identified Ms. Julie Knox and Dr. Jeremy Edwards as Experts to whom Plaintiffs intended to provide information designated "Highly Confidential-Trade Secret," "Highly Confidential-Attorneys' Eyes Only," or "Highly Confidential-Source Code" pursuant to paragraph 7.3.1(c), 7.3.2(c), or 7.3.3(b) of the Protective Order, and pursuant to paragraph 7.4(a)(2) of the Protective Order, on April 9, 2025, Defendants Foresight and Drs. Ash Alizadeh, Maximilian Diehn, and David Kurtz objected to such disclosure to Ms. Knox and Dr. Edwards.

AS SUCH, Plaintiffs and Foresight, Dr. Ash Alizadeh, Dr. Maximilian Diehn, Dr. David Kurtz, and The Board of Trustees of the Leland Stanford Junior University, by and through their respective counsel of record, hereby stipulate as follows:

IT IS HEREBY STIPULATED, by and between the Parties, through their respective counsel, that Dr. Paul Spellman, Ms. Julie Knox, and Dr. Jeremy Edwards will be permitted to access information designated "Highly Confidential-Trade Secret," "Highly Confidential-Attorneys' Eyes Only," or "Highly Confidential-Source Code" pursuant to paragraph 7.3.1(c), 7.3.2(c), or 7.3.3(b) of the Protective Order;

IT IS HEREBY STIPULATED, by and between the Parties, through their respective counsel, that access by Dr. Paul Spellman, Ms. Julie Knox and Dr. Jeremy Edwards to information designated "Highly Confidential-Trade Secret," "Highly Confidential-Attorneys' Eyes Only," or "Highly Confidential-Source Code" does not bear on or impact the definition of "Expert" under paragraph 2.2 of the Protective Order (Dkt. 111); and

IT IS HEREBY STIPULATED, by and between the Parties, through their respective counsel, that the Parties may object to any future experts proposed by the Parties notwithstanding the access provided to Dr. Paul Spellman, Julie Knox and Dr. Jeremy Edwards.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: May 13, 2025

The Honorable Susan van Keulen

United States Magistrate Judge

DATED: May 13, 2025

WILMER CUTLER PICKERING
HALE AND DORR LLP

/s/ Robert J. Gunther, Jr.

Robert J. Gunther, Jr. (NY SBN: 1967652)
robert.gunther@wilmerhale.com
Christopher R. Noyes (*pro hac vice*)
christopher.noyes@wilmerhale.com
Reshma Gogineni (*pro hac vice*)
reshma.gogineni@wilmerhale.com
Anna Mizzi (*pro hac vice*)
anna.mizzi@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8800
Fax: (212) 230-8888

Katie Marie Saxton (*pro hac vice*)
kate.saxton@wilmerhale.com
James M. Lyons (*pro hac vice*)
james.lyons@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6860
Fax: (617) 526-5000

Charles T. Cox, Jr. (*pro hac vice*)
charlie.cox@wilmerhale.com
Robert B. Stiller (*pro hac vice*)
robert.stiller@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
Telephone: (202) 663-6080
Fax: (202) 663-6363

Arthur W. Coviello (SBN: 291226)
arthur.coviello@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (628) 858-6000
Fax: (628) 858-6100

Joshua H. Lerner (State Bar No. 220755)
joshua.lerner@wilmerhale.com

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WILMER CUTLER PICKERING
  HALE AND DORR LLP
50 California Street, Suite 3600
San Francisco, CA 94111
Telephone: (628) 235-1000
Fax: (628) 235-1001

*Attorneys for Plaintiffs*
*Roche Molecular Systems, Inc. and*
*Roche Sequencing Solutions, Inc.*

DATED: May 13, 2025

QUINN EMANUEL URQUHART & SULLIVAN LLP

/s/ Hana Oh
_____
Kevin P.B. Johnson
  kevinjohnson@quinnemanuel.com
Andrew Jonathan Bramhall
  andrewbramhall@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

David Morad Elihu
  davidelihu@quinnemanuel.com
Sandra Linette Haberny
  sandrahaberny@quinnemanuel.com
Savannah Slotkin
  savannahslotkin@quinnemanuel.com
Hana Oh
  hana.oh@quinnemanuel.com
865 S Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

IRELL & MANELLA LLP

Morgan Chu
  mchu@irell.com
Alan J. Heinrich
  aheinrich@irell.com
Henry White
  hwhite@irell.com
Jordan Nafekh
  Jnafkekh@irell.com
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

*Attorneys for Defendant*

1    *Foresight Diagnostics*

2    DATED: May 13, 2025          IRELL & MANELLA LLP

3                                /s/ Alan Heinrich
                                Morgan Chu
4                                  mchu@irell.com
                                Alan J. Heinrich
5                                  aheinrich@irell.com
                                Henry White
6                                  hwhite@irell.com
                                Jordan Nafekh
7                                  Jnafkekh@irell.com
                                1800 Avenue of the Stars, Suite 900
8                                Los Angeles, California 90067
                                Telephone: (310) 277-1010
9                                Facsimile: (310) 203-7199

10

11                               *Attorneys for Defendants*
                                *David Kurtz, Maximilian Diehn, and Ash Alizadeh*

12   DATED: May 13, 2025          PILLSBURY WINTHROP SHAW PITTMAN LLP

13                               /s/ David Tsai
                                David Jeanchung Tsai
14                                 david.tsai@pillsburylaw.com
                                Alekzandir James Lloyd Morton
15                                 alekzandir.morton@pillsburylaw.com
                                Jacob R. Sorensen
16                                 jake.sorensen@pillsburylaw.com
                                Natalie Truong
17                                 natalie.truong@pillsburylaw.com
                                Four Embarcadero Center, 22nd Floor
18                               San Francisco, California 94111
                                Telephone: (415) 983-1000
19                               Facsimile: (415) 983-1200

20

21                               *Attorneys for Defendant*
                                *The Board of Trustees of the Leland Stanford Junior*
22                               *University*

23

24

25

26

27

28

1

## **ATTESTATION**

2 Pursuant to Local Rule 5-1(i)(3), all signatories listed, and on whose behalf the filing is

3 submitted, concur in the filing's content and have authorized the filing.

4

5          /s/ Robert J. Gunther, Jr.
           Robert J. Gunther, Jr.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28