# WilmerHale

July 24, 2025

Robert J. Gunther, Jr.

+1 212 230 8830 (t)
+1 212 230 8888 (f)
robert.gunther@wilmerhale.com

Honorable Magistrate Judge Susan van Keulen
United States District Court
Northern District of California
San Jose Courthouse, Courtroom 6 – 4th Floor
280 South 1st Street
San Jose, California 95113

Re: *Roche Molecular Systems, Inc., et al. v. Foresight Diagnostics Inc., et. al.*,
Case No. 24-cv-03972-EKL (SVK)

Dear Judge van Keulen:

I write on behalf of Plaintiff Roche Molecular Systems, Inc., et al. ("Roche") in the above-referenced matter to respectfully seek clarification regarding Your Honor's Order Re Discovery Dispute (Dkt. No. 165), dated July 23, 2025. Consistent with your Order, by August 1, 2025, Roche will complete its production of custodial documents identified using the search terms Roche provided to Foresight Diagnostics Inc. et al. (collectively, "Defendants") on May 14, 2025, which were the subject of this discovery dispute filed on July 8, 2025.

On July 11, 2025, after their motion to compel was submitted, Defendants provided six new search terms ("the New July 11 Search Terms") that they requested Roche run on custodial data (Dkt. No. 135). Roche has been diligently working with Defendants to narrow the New July 11 Search Terms to comply with the terms of the ESI protocol and has reached agreement on all but one term (Term 4), which remains overbroad. For the New July 11 Search Terms upon which the parties have reached agreement, Roche has represented that it will produce responsive documents by August 15, 2025. For Term 4, the one remaining disputed term, Roche has informed Defendants that it will similarly attempt to produce responsive documents by August 15, 2025, provided that Defendants narrow Term 4 in good faith, consistent with the ESI Protocol. Defendants proposed further narrowing just yesterday and Roche is continuing to work with them in good faith to narrow Term 4. Roche further states that it fully intends to be substantially complete in its document production by August 22, 2025, as required by Dkt. No. 77.

In an email sent on July 23, 2025, Defendants have taken the position that Roche must produce documents covered by the New July 11 Search Terms by August 1. This demand is neither reasonable nor appropriate. The New July 11 Search Terms resulted in more than 13,000 additional documents to be reviewed—in addition to over 30,000 documents Roche is reviewing

WILMERHALE

July 24, 2025
Page 2

based on the search terms Defendants have had since May—increasing the review population by over 40%. These include highly technical documents that require careful review for trade secret information and privilege, making Defendants' demand that Roche review and produce them in just a few weeks impractical, given the steps and time needed to review and produce these documents. Further, any prejudice to Defendants is of their own making due to their failure to timely provide search terms, despite asking the Court to set a deadline for early summary judgment.

Given that the New July 11 Search Terms were not provided to Roche by Defendants until three days after submission of the dispute underlying Your Honor's Order Re Discovery Dispute (Dkt. No. 165), Roche respectfully requests clarification that this Order does not apply to documents responsive to these search terms.

Respectfully,

/s/ Robert J. Gunther Jr.

Robert J. Gunther Jr.