1   Arthur W. Coviello (SBN: 291226)
      arthur.coviello@wilmerhale.com
2   WILMER CUTLER PICKERING
      HALE AND DORR LLP
3   2600 El Camino Real, Suite 400
    Palo Alto, CA 94306
4   Telephone: (628) 858-6000
    Fax: (628) 858-6100
5

6   Robert J. Gunther, Jr. (NY SBN: 1967652)
      robert.gunther@wilmerhale.com
7   Christopher R. Noyes (pro hac vice)
      christopher.noyes@wilmerhale.com
8   WILMER CUTLER PICKERING
      HALE AND DORR LLP
9   7 World Trade Center
    250 Greenwich Street
10  New York, NY 10007
    Telephone: (212) 230-8800
11

12  *Attorneys for Roche Molecular Systems, Inc.*
    *and Roche Sequencing Solutions, Inc.*

13

IRELL & MANELLA LLP
Morgan Chu (CA 70446)
MChu@irell.com
Alan Heinrich (CA 212782)
AHeinrich@irell.com
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone:    (310) 277-1010
Facsimile:    (310) 203-7199

*Attorneys for Foresight Diagnostics Inc,*
*Maximilian Diehn, Ash Alizadeh & David*
*Kurtz*

QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Kevin P.B. Johnson (Bar No. 177129)
  kevinjohnson@quinnemanuel.com
Andrew J. Bramhall (Bar No. 253115)
  andrewbramhall@quinnemanuel.com
555 Twin Dolphin Drive, Fifth Floor
Redwood Shores, California 94065
Telephone: (650) 801 5000
Facsimile: (650) 801 5100

14  David M. Elihu (Bar No. 303043)
      davidelihu@quinnemanuel.com
15  Sandra L. Haberny (Bar No. 260977)
      sandrahaberny@quinnemanuel.com
16  865 South Figueroa Street, 10th Floor
    Los Angeles, California 90017
17  Telephone: (213) 443 3000
    Facsimile: (213) 443 3100

18  *Attorneys for Foresight Diagnostics Inc.*

19  (A complete list of counsel appears in the signature block)

20              **UNITED STATES DISTRICT COURT**

21           **NORTHERN DISTRICT OF CALIFORNIA**
                    **SAN JOSE DIVISION**

22

23  ROCHE MOLECULAR SYSTEMS, INC., et
    al.,                                     Lead Case No.: 5:24-cv-03972-EKL
24
              Plaintiffs,                    **JOINT STIPULATION TO STAY ALL**
25                                           **DEADLINES PENDING RESOLUTION**
         v.                                  **OF DISPUTES**
26
    FORESIGHT DIAGNOSTICS INC., et al.,      Judge:  Hon. Eumi K. Lee
27
              Defendants.
28

STIPULATION TO STAY ALL DEADLINES PENDING RESOLUTION OF DISPUTES

## JOINT STIPULATION TO STAY ALL DEADLINES PENDING RESOLUTION OF DISPUTES

WHEREAS, on August 7, 2025, Plaintiffs Roche Molecular Systems, Inc., Roche Sequencing Solutions, Inc. on the one hand, and Defendant Foresight Diagnostics Inc., on the other hand (collectively , the "Term Sheet Parties"), have entered into a Term Sheet intended to resolve the issues in this litigation, including as it relates to non-signatory Defendants Dr. Ash Alizadeh, Dr. Maximilian Diehn, Dr. David Kurtz, and The Board of Trustees of the Leland Stanford Junior University (collectively with the Term Sheet Parties, the "Parties");

Whereas, the Term Sheet Parties intend to be bound by the Term Sheet, and believe that it includes all of the material terms necessary to resolve any disputes between them, relating to or arising in connection with the issues in this litigation;

Whereas, the Term Sheet contains a binding obligation that the Term Sheet Parties negotiate a definitive agreement to resolve the issues in this litigation by August 29, 2025;

Whereas, the Parties believe that a stay of all deadlines and the case until 5 p.m. Pacific Standard Time, August 29, 2025 (the "Settlement Implementation Period"), including upcoming discovery deadlines, makes sense in view of the settlement, and to allow the Term Sheet Parties to enter into a long-form agreement and the Parties to take all other actions necessary to effectuate a global resolution of the litigation;

WHEREAS, the Parties intend to file a joint stipulation of dismissal prior to the expiration of the Settlement Implementation Period, or otherwise contact the Court beforehand if that will not be possible;

WHEREAS, to preserve party resources, the Parties agree that it is in the best interests of all Parties to stay further proceedings in this action during the Settlement Implementation Period and the Parties take all other actions necessary to effectuate a global resolution of the litigation; and

WHEREAS, no Party to this action will be prejudiced by this stay.

ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED, by the Parties hereto, subject to the approval of the Court, as follows:

All existing deadlines, scheduled hearings, and the case shall be stayed in their entirety until

1  expiration of the Settlement Implementation Period to allow time for the Parties to finalize a global

2  resolution of the litigation.  For the avoidance of doubt, upcoming deadlines with respect to party and

3  non-party witness depositions, Stanford's answer to Roche's Second Amended Complaint, and the

4  deadline for Defendants' early summary judgment motion, are all stayed.  On or before expiration of

5  the Settlement Implementation Period, the Parties will file with the Court either (a) a proposed joint

6  stipulation of dismissal of all claims and counterclaims following settlement; or (b) a joint status

7  report informing the Court of the outcome or status of case resolution, and any requests for resetting

8  of deadlines and a new case schedule.

9

10  PURSUANT TO STIPULATION, IT IS SO ORDERED.

11

12  Dated:  August 11, 2025

13

14  The Honorable Eumi K. Lee

15

16  Dated:  August 8, 2025                    Respectfully submitted,

17                                            **WILMER CUTLER PICKERING**
                                              **HALE AND DORR LLP**

18

19                              By      /s/ Christopher R. Noyes

20                                      Robert J. Gunther, Jr. (NY SBN: 1967652)
                                          robert.gunther@wilmerhale.com

21                                      Christopher R. Noyes (*pro hac vice*)
                                          christopher.noyes@wilmerhale.com

22                                      Reshma Gogineni (*pro hac vice*)
                                          reshma.gogineni@wilmerhale.com

23                                      Anna Mizzi (*pro hac vice*)
                                          anna.mizzi@wilmerhale.com

24                                      WILMER CUTLER PICKERING
                                          HALE AND DORR LLP

25                                      7 World Trade Center

26                                      250 Greenwich Street
                                        New York, NY 10007

27                                      Telephone: (212) 230-8800
                                        Fax: (212) 230-8888

28

1    Katie Marie Saxton (*pro hac vice*)
         kate.saxton@wilmerhale.com
2    James M. Lyons (*pro hac vice*)
         james.lyons@wilmerhale.com
3    WILMER CUTLER PICKERING
         HALE AND DORR LLP
4    60 State Street
     Boston, MA 02109
5    Telephone: (617) 526-6860
     Fax: (617) 526-5000
6

7    Charlie Thomas Cox, Jr. (SBN: 306063)
         charlie.cox@wilmerhale.com
8    Robert B. Stiller (*pro hac vice*)
         robert.stiller@wilmerhale.com
9    Reid Whitaker (*pro hac vice*)
         reid.whitaker@wilmerhale.com
10   WILMER CUTLER PICKERING
         HALE AND DORR LLP
11   2100 Pennsylvania Avenue NW
     Washington, DC 20037
12   Telephone: (202) 663-6000
     Fax: (202) 663-6363
13

14   Arthur W. Coviello (SBN: 291226)
         arthur.coviello@wilmerhale.com
15   WILMER CUTLER PICKERING
         HALE AND DORR LLP
16   2600 El Camino Real, Suite 400
     Palo Alto, CA 94306
17   Telephone: (628) 858-6000
     Fax: (628) 858-6100
18   Joshua H. Lerner (State Bar No. 220755)
     joshua.lerner@wilmerhale.com
19   WILMER CUTLER PICKERING
         HALE AND DORR LLP
20   50 California Street, Suite 3600
     San Francisco, CA 94111
21   Telephone: (628) 235-1000
     Fax: (628) 235-1001
22   Attorneys for Plaintiffs
     Roche Molecular Systems, Inc. and Roche
23   Sequencing Solutions, Inc.

24

25

26   Dated:  August 8, 2025                Respectfully submitted,

27                                         **QUINN EMANUEL URQUHART &**
                                           **SULLIVAN LLP**

28
                                  By    */s/ David M. Elihu*

STIPULATION TO STAY ALL DEADLINES PENDING RESOLUTION OF DISPUTES

1

Kevin P.B. Johnson (Bar No. 177129)
  kevinjohnson@quinnemanuel.com
Andrew J. Bramhall (Bar No. 253115)
  andrewbramhall@quinnemanuel.com
555 Twin Dolphin Drive, Fifth Floor
Redwood Shores, California 94065
Telephone: (650) 801 5000
Facsimile: (650) 801 5100

David M. Elihu (Bar No. 303043)
  davidelihu@quinnemanuel.com
Sandra L. Haberny (Bar No. 260977)
  sandrahaberny@quinnemanuel.com
Hana Oh (Bar No. 300846)
  hanaoh@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443 3000
Facsimile: (213) 443 3100

*Attorneys for Defendant*
*Foresight Diagnostics Inc.*

Dated:  August 8, 2025

Respectfully submitted,

**IRELL & MANELLA LLP**

By   */s/ Alan Heinrich*

Morgan Chu (CA 70446)
MChu@irell.com
Alan Heinrich (CA 212782)
AHeinrich@irell.com
Jordan Nafekh (CA 328151)
JNafekh@irell.com
Henry White (CA 351549)
HWhite@irell.com
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

*Attorneys for Defendants Foresight Diagnostics,*
*Inc., Dr. Maximillian Diehn, Dr. Ash Alizadeh & Dr.*
*David Kurtz*

Dated:  August 8, 2025

Respectfully submitted,

**PILLSBURY WINTHROP SHAW PITTMAN LLP**

By   */s/ David J. Tsai*

Jacob R. Sorensen

-4-                Case No. 5:24-cv-03972-EKL
STIPULATION TO STAY ALL DEADLINES PENDING RESOLUTION OF DISPUTES

1    jake.sorensen@pillsburylaw.com
     David J. Tsai
2     david.tsai@pillsburylaw.com
     Zandir Morton
3     alekzandir.morton@pillsburylaw.com
     Natalie Truong
4     natalie.truong@pillsburylaw.com
     Four Embarcadero Center 22nd Floor
5    San Francisco, CA 94111-5998
     Telephone: (415) 983-1000
6    Facsimile: (415) 983-1200

7    *Attorneys for Defendant The Board of Trustees of
     the Leland Stanford Junior University*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO STAY ALL DEADLINES PENDING RESOLUTION OF DISPUTES

1

### SIGNATURE ATTESTATION

2

      I am the ECF user whose identification and password are being used to file the foregoing

3 document.  Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I, , attest that I have obtained concurrence

4 in the filing of this document from each of the attorneys identified on the caption page and in the

5 above signature block.

6

7 Dated:  August 8, 2025

*Savannah Slotkin*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO STAY ALL DEADLINES PENDING RESOLUTION OF DISPUTES