| | |
|---|---|
| Arthur W. Coviello (SBN: 291226) | Robert J. Gunther, Jr. (NY SBN: 1967652) |
| arthur.coviello@wilmerhale.com | robert.gunther@wilmerhale.com |
| WILMER CUTLER PICKERING | Christopher R. Noyes (pro hac vice) |
|   HALE AND DORR LLP | christopher.noyes@wilmerhale.com |
| 2600 El Camino Real, Suite 400 | WILMER CULTER PICKERING |
| Palo Alto, CA 94306 |   HALE AND DORR LLP |
| Telephone: (628) 858-6000 | 7 World Trade Center |
| Fax: (628) 858-6100 | 250 Greenwich Street |
| | New York, NY 10007 |
| | Telephone: (212) 230-8800 |

Attorneys for Plaintiffs
ROCHE MOLECULAR SYSTEMS, INC.
and ROCHE SEQUENCING SOLUTIONS, INC.

(A complete list of counsel appears in the signature block)

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| ROCHE MOLECULAR SYSTEMS, INC., et al., | |
| Plaintiffs, | Lead Case No.: 5:24-cv-03972-EKL-SVK |
| v. | **STIPULATION OF DISMISSAL** |
| FORESIGHT DIAGNOSTICS INC., et al., | |
| Defendants. | |

Pursuant to Rule 41 of Federal Rules of Civil Procedure, Plaintiffs Roche Molecular Systems, Inc. and Roche Sequencing Solutions, Inc., and Defendants Foresight Diagnostics Inc., Dr. Ash Alizadeh, Dr. Maximilian Diehn, Dr. David Kurtz, and The Board of Trustees of the Leland Stanford Junior University, by and through their respective counsel of record, respectfully submit this Stipulation of Dismissal signed by all Parties that have appeared in this consolidated action (Case Nos. 5:24-cv-03972 and 5:24-cv-06117).

The Parties agree and hereby stipulate that all claims for relief asserted against Defendants by Plaintiffs herein, and all claims for relief asserted against Plaintiffs by Defendants herein, are dismissed, with prejudice, and that all attorneys' fees, costs of court, and expenses shall be borne by each Party incurring the same.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  September 2  , 2025

_____
The Honorable Eumi K. Lee
United States District Judge

DATED: August 29, 2025

WILMER CUTLER PICKERING
  HALE AND DORR LLP

/s/ Robert J. Gunther
James M. Lyons (*pro hac vice*)
  james.lyons@wilmerhale.com
Katie Marie Saxton (*pro hac vice*)
  kate.saxton@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6860
Fax: (617) 526-5000

Robert J. Gunther, Jr. (NY SBN: 1967652)
  robert.gunther@wilmerhale.com
Christopher R. Noyes (*pro hac vice*)
  christopher.noyes@wilmerhale.com

1   Anna E. Mizzi (*pro hac vice*)
       anna.mizzi@wilmerhale.com
2   WILMER CUTLER PICKERING
       HALE AND DORR LLP
3   7 World Trade Center
    250 Greenwich Street
4   New York, NY 10007
    Telephone: (212) 230-8800
5   Fax: (212) 230-8888

6

7   Charles T. Cox, Jr. (SBN: 306063)
       charlie.cox@wilmerhale.com
8   Robert Stiller
       robert.stiller@wilmerhale.com
9   Reid M. Whitaker
       reid.whitaker@wilmerhale.com
10  WILMER CUTLER PICKERING
       HALE AND DORR LLP
11  2100 Pennsylvania Avenue NW
    Washington, DC 20037
12  Telephone: (202) 663-6000
13  Fax: (202) 663-6363

14  Arthur W. Coviello (SBN: 291226)
       arthur.coviello@wilmerhale.com
15  WILMER CUTLER PICKERING
       HALE AND DORR LLP
16  2600 El Camino Real, Suite 400
17  Palo Alto, CA 94306
    Telephone: (628) 858-6000
18  Fax: (628) 858-6100

19  Attorneys for Plaintiffs
    *Roche Molecular Systems, Inc. and Roche Sequencing*
20  *Solutions, Inc.*

21  DATED: August 29, 2025          QUINN EMANUEL URQUHART & SULLIVAN LLP

22                                  /s/ *David M. Elihu*
                                    _____
23                                  Kevin P.B. Johnson
                                       kevinjohnson@quinnemanuel.com
24                                  Andrew Jonathan Bramhall
                                       andrewbramhall@quinnemanuel.com
25                                  555 Twin Dolphin Drive, 5th Floor
                                    Redwood Shores, California 94065
26                                  Telephone: (650) 801-5000
                                    Facsimile: (650) 801-5100
27

28                                  David Morad Elihu

davidelihu@quinnemanuel.com
Sandra Linette Haberny
  sandrahaberny@quinnemanuel.com
Savannah Slotkin
  savannahslotkin@quinnemanuel.com
Hana Oh
  hana.oh@quinnemanuel.com
865 S Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

IRELL & MANELLA LLP
Morgan Chu
  mchu@irell.com
Alan J. Heinrich
  aheinrich@irell.com
Henry White
  hwhite@irell.com
Jordan Nafekh
  Jnafkekh@irell.com
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone: (310) 277-1010
Facsimile: (310) 203-7199


Attorneys for Defendant
*Foresight Diagnostics Inc.*

DATED: August 29, 2025      IRELL & MANELLA LLP

*/s/ Alan J. Heinrich*
Morgan Chu
  mchu@irell.com
Alan J. Heinrich
  aheinrich@irell.com
Henry White
  hwhite@irell.com
Jordan Nafekh
  Jnafkekh@irell.com
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

Attorneys for Defendants
*David Kurtz, Maximilian Diehn, and Ash Alizadeh*

| | |
|---|---|
| DATED: August 29, 2025 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| | /s/ David J. Tsai |
| | David Jeanchung Tsai |
| |   david.tsai@pillsburylaw.com |
| | Alekzandir James Lloyd Morton |
| |   alekzandir.morton@pillsburylaw.com |
| | Jacob R. Sorensen |
| |   jake.sorensen@pillsburylaw.com |
| | Natalie Truong |
| |   natalie.truong@pillsburylaw.com |
| | Four Embarcadero Center, 22nd Floor |
| | San Francisco, California 94111 |
| | Telephone: (415) 983-1000 |
| | Facsimile: (415) 983-1200 |
| | |
| | Attorneys for Defendant |
| | *The Board of Trustees of the Leland Stanford Junior University* |

**ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

/s/ *James M. Lyons*
James M. Lyons